IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

v.                                                                                                  CIVIL NO. 13-697 KG/LAM

JANIE CONNOR and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER ON AGREED MOTION TO EXTEND DEADLINES FOR PRETRIAL ORDER

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Extend Deadlines for Pretrial Order* (*Doc. 169*), filed July 24, 2014. The Court has been advised by the parties that: 1) There are several discovery motions and *Daubert* motions outstanding; 2) The parties shall mediate this case on November 17, 2014; 3) The Court on April 7, 2014 vacated the trial and all trial-related deadlines with the exception of the deadlines for the pretrial order; and 4) The Court's staff has indicated that trial in this matter will not proceed until some time in April 2015.

The Court has considered the Agreed Motion and hereby **FINDS** that the Agreed Motion should be granted as extending the deadlines for the pretrial order conserves judicial economy.

**IT IS THEREFORE ORDERED** that:

    1. Plaintiff's counsel must submit Plaintiff's portion of the proposed pretrial order to Defense counsel on December 1, 2014; and

2. Defense counsel must tender to the Court the proposed pretrial order by close of business on December 15, 2014.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Approved:

   /s/ *James H. Wood*
James H. Wood
Attorney for Plaintiff

*Stipulation via e-mail on 07/23/2014*
John Stiff
Attorney for Defendants