IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KATHLEEN C. PEREA,**

    **Plaintiff,**

v.                              No. CIV-13-0697 KG/LAM

**JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

    **Defendants.**

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL [*Doc. 282*]

       **THIS MATTER** is before the Court on Defendants' Motion for Extension of Time to File a Motion to Compel [*Doc. 282*], filed October 6, 2014.  Defendants state that the motion is unopposed.  *Id.* at 3-4.  Defendants ask for an extension of thirty (30) days to file a motion to compel Plaintiff's compliance with the parties' stipulation (*Doc. 145*) regarding Requests for Production Nos. 21 and 24.  *Id.* at 1.  Defendants state that Plaintiff has received from Verizon the unredacted phone records at issue, but that Plaintiff's counsel told Defendants' counsel that he does not know how long Plaintiff's redaction of the records will take.  *Id.* at 3.  On August 18, 2014, the Court ordered Plaintiff to produce these documents within ten (10) days (*Doc. 199* at 6), and it appears from Defendant's motion that Plaintiff has made efforts to do so.  However, the Court is concerned that continued delays in producing these documents may interfere with the parties' scheduled settlement conference set in this case for November 17, 2014.  Therefore, the Court will order Plaintiff to produce the remaining documents she agreed to produce in Document 145, **no later than October 20, 2014**.  The Court will grant Defendant's

motion in part, and will allow a twenty-one (21) day extension of time to file a motion to compel with regard to these remaining documents, which shall be filed **no later than October 27, 2014**.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Extension of Time to File a Motion to Compel [*Doc. 282*] is **GRANTED in part and DENIED in part**.  Plaintiff shall produce the remaining documents she agreed to produce in Document 145, **no later than October 20, 2014**, and Defendant may file a motion to compel with regard to those remaining documents, **no later than October 27, 2014**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**