IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                                       No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER OVERRULING DEFENDANT CONNER'S OBJECTION

This matter comes before the Court on Defendant Janie Conner's Objections to that Portion of the July 2, 2014, Order Granting in part Defendant's First Motion to Compel (DKT # 138) Regarding Request for Production No. 20 (Objection). (Doc. 163). Defendant Conner timely filed her Objection on July 16, 2014. *See* Rule 72(a) (fourteen days to serve and file objections). On July 31, 2014, Plaintiff filed a response. (Doc. 183). On August 25, 2014, Defendant Conner filed a reply. (Doc. 208). On February 5, 2015, the Court held a Telephonic Status Conference. *See* Clerk's Minutes (Doc. 315). Jim Wood, counsel for Plaintiff, and John Stiff, counsel for Defendants, were present at the hearing.

Having considered Defendant Conner's Objection, the corresponding briefs, the Magistrate Judge's Order (Doc. 138), and the relevant law, the Court determines that Defendant Conner's Objection is not well-taken and is overruled, for the reasons stated on the record.

IT IS, THEREFORE, ORDERED that Defendant Conner's Objection (Doc. 163) is OVERRULED.

_____
UNITED STATES DISTRICT JUDGE