IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                              No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's and Defendant Conner's Motions *in Limine* (Docs. 328–29, 330–31, 344–48, 352–53, 355–57, 359, 363–64, 367, 371, 373–76, and 378–80), and Plaintiff's Opposed Motion to Modify the Pretrial Order to Add a Claim for Punitive Damages (Doc. 377).  Responses to the pretrial motions are due April 3, 2015.  A Pretrial Conference is currently set for April 6, 2015.  A five-day jury trial is set for April 13, 2015.

Due to the numerous motions and in the interest of judicial efficiency at the April 6, 2015, Pretrial Conference, the Court finds it necessary that the parties meet and confer prior to the Pretrial Conference.  Therefore, the parties shall meet and confer with respect to the above mentioned motions on or before April 3, 2015, to determine whether and to what extent the parties stipulate to the motions or the contested issues therein.  The parties shall certify to the Court, in writing, no later than 5:00 p.m. on April 3, 2015, that they met and conferred in good faith as to each of the contested motions.  The parties must also submit to the Court any stipulations by 5:00 p.m. on April 3, 2015.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE