IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                              No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's and Defendant Conner's Exhibit Lists (Docs. 381 and 423). On April 6–7, 2015, the Court held a Pretrial Conference. At the Pretrial Conference, counsel informed the Court that the parties will meet and confer to determine whether they can stipulate to some of the proffered exhibits.

Due to the numerous exhibits and in the interest of judicial efficiency for the April 13, 2015, jury trial, the Court instructs the parties to meet and confer with respect to the above mentioned exhibits on or before April 10, 2015, to determine whether and to what extent the parties stipulate to the exhibits. The parties shall certify to the Court, in writing, no later than noon on April 10, 2015, that they met and conferred in good faith as to each of the contested exhibit. In the event the parties agree to any stipulations, the parties shall file a stipulated exhibits list by noon on April 10, 2015.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE