IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                                           No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon Defendant Conner's Motion Seeking Clarification of the Court's Ruling Regarding Expert Income (Doc. 427 ¶ 6) and, if necessary, Motion to Reconsider (Motion for Clarification), filed April 13, 2015. (Doc. 435). On April 13, 2015, the Court held a Final Pretrial Conference. Present at the hearing were James Wood and Thomas Wood, counsel for Plaintiff, and John Stiff and Ann Keith, counsel for Defendant. The Court hereby finds, for the reasons stated on the record at the April 13, 2015, Final Pretrial Conference, Defendant Conner's Motion for Clarification is moot.

    IT IS SO ORDERED.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE