IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                          No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## ORDER REGARDING ADMITTED EXHIBITS

THIS MATTER comes before the Court *sua sponte* to clarify identification of exhibits admitted at the April 6–8, 2015, Pretrial Conference.  Present at the Pretrial Conference were James Wood and Thomas Wood, counsel for Plaintiff, and John Stiff and Ann Keith, counsel for Defendant.  At the Pretrial Conference, the Court reviewed Plaintiff's Trial Exhibit List (Doc. 381), Defendant Conner's Second Supplemental Trial Exhibit List (Doc. 423), and heard objections.  The Court admitted some of the parties' exhibits.  In addition, due to numerous and duplicative exhibits, the Court ordered the parties to meet and confer regarding the parties' proffered exhibits.  *See* (Doc. 425).  The Court further ordered, in the event the parties agreed to any stipulations, that the parties file a stipulated exhibit list.  *Id.*  Accordingly, the parties filed Consolidated Trial Exhibit List (Doc. 430) on April 10, 2015.  The parties, subsequently, filed individual supplemental exhibit lists.  *See* (Docs. 429 and 434).  Consequently, the parties also altered the identification of previously admitted exhibits.  As a result of the altered identification, the Court hereby clarifies the identification of exhibits now identified in the parties' Consolidated Exhibit List (Doc. 430) that were previously admitted at the Pretrial Conference:

| Consolidated Exhibit Number (Doc. 430) | Description | Previously Admitted As: |
|---|---|---|
| 1 | Overhead Intersection Photo (P 0046) | Plaintiff's Exhibit No. 1 (Doc. 381) |
| 2 | Bobby Gallegos 911 Call (P 0064) | Plaintiff's Exhibit No. 2 (Doc. 381) |
| 3 | Christus St. Vincent Medical Center from DOI (CSV 0001-0024, 0026-0028, 0036-0041) | Defendant's Exhibit No. J2, T2, and V2 (Doc. 423) |
| 4 | Traffic Light Maintenance Records (CofSF 0001-0006, 0008-0013, DEF 000034) | Plaintiff's Exhibit No. 4 (Doc. 381) |
| 5.1 | Scene of Accident (P 0059) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.2 | Scene of Accident (P 0061) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.3 | Scene of Accident (P 0060) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.4 | Scene of Accident (P 0054) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.5 | Scene of Accident (P 0057) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.6 | Scene of Accident (P 0050) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 5.7 | Scene of Accident (P 0051) | Plaintiff's Exhibit No. 5 (Doc. 381) |
| 6.1 | Car Damage Photo (P 0009) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 6.2 | Car Damage Photo (P 0010) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 6.3 | Car Damage Photo (P 0011) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 6.4 | Car Damage Photo (D 0116) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 6.5 | Car Damage Photo (D 0119) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 6.6 | Car Damage Photo (D 0122) | Plaintiff's Exhibit No. 6 (Doc. 381) |
| 7.1 | Photo of Car Damage (D 0006) | Plaintiff's Exhibit No. 7 (Doc. 381) |
| 7.2 | Photo of Car Damage (D 0007) | Plaintiff's Exhibit No. 7 (Doc. 381) |
| 7.3 | Photo of Car Damage (D 0008) | Plaintiff's Exhibit No. 7 (Doc. 381) |
| 7.4 | Photo of Car Damage (D 0009) | Plaintiff's Exhibit No. 7 (Doc. 381) |
| 7.5 | Photo of Car Damage (D 0010) | Plaintiff's Exhibit No. 7 (Doc. 381) |
| 10 | Plaintiff's High School Transcript (P 0042) | Plaintiff's Exhibit No. 10 (Doc. 381) |
| 11 | Plaintiff's College Transcripts | Plaintiff's Exhibit No. 11 (Doc. 381) |
| 12 | Santa Fe Fire Department (SFFD 0001-0003) | Plaintiff's Exhibit No. 12 (Doc. 381); and Defendant's Exhibit No. I2 (Doc. 423) |
| 13 | Christus St. Vincent Medical Center (D-CSV 0016-0025, 0033-0036, 0043-0051, 0056-0057) | Defendant's Exhibit No. J2, T2, and V2 (Doc. 423) |
| 14 | Eldorado Medical Care (EMC 0001-0019, 0025-0026, 0068, 0033-0036, 0043-0051, 0056-0057) | Defendant's Exhibit No. E2 (Doc. 423) |
| 15 | Active Recovery (D-SB 0025-0026, AR 0001-0019, 0021-0033, 0035-0046, 0049-0057, 0060, 0062-0066, D-RFM 0034-0056, 0058, 0060-0068) | Defendant's Exhibit No. A2 (Doc. 423) |
| 16 | High Plains Neuropsychology Associates (D- | Defendant's Exhibit No. R2 (Doc. 423) |

|    |                                                                                                                                                                                          |                                                                                                                                                                                       |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | HPNA 0004-0012, 0030-0078, HPNA 0010-0011)                                                                                                                                               |                                                                                                                                                                                       |
| 17 | Marcie Brooks MA (D-MVWA 0006-0010)                                                                                                                                                      | Defendant's Exhibit No. C2 (Doc. 423)                                                                                                                                                 |
| 18 | Mountain Vista Wellness Associates (D-MVWA 0006-0010)                                                                                                                                    | Defendant's Exhibit No. N2 (Doc. 423)                                                                                                                                                 |
| 19 | Neurological Associates (NA 0001-0005)                                                                                                                                                   | Defendant's Exhibit No. F2 (Doc. 423)                                                                                                                                                 |
| 22 | Santa Fe Imaging (D-SFI 0001-0004, 0006, 0008, DEF 002367)                                                                                                                               | Defendant's Exhibit No. M2, P2, and S2 (Doc. 423)                                                                                                                                     |
| 24 | Southwest Ear, Nose and Throat (D-SWENT 0002-0004)                                                                                                                                       | Defendant's Exhibit No. Q2 (Doc. 423)                                                                                                                                                 |
| 25 | Steve Sandoval Martinez (SSM 0001-0013, 0018-0061, 0081, 0083-0086, 0089-0090, 0092-0174, 0151-0167, 0169-0197)                                                                          | Defendant's Exhibit No. D2 and J3 (Doc. 423)                                                                                                                                          |
| 26 | Susan Bright DC (D-SB 0002-0018, 0020, 0022, 0027-0035, 0037-0038, 0048-0059, 0062-0078, 0080-0100, 0102-0113, 0116-0122, 0124-0144, 0200-0201, 0203-0204)                               | Defendant's Exhibit No. B2 (labeled as Records from Dr. Bright) (Doc. 423); and Defendant's Exhibit No. E3 (labeled as Medical Records of Dr. Bright) (Doc. 423)                      |
| 30 | Botwin Eye Group (BEG 0001-0015)                                                                                                                                                         | Defendant's Exhibit No. O2 (Doc. 423)                                                                                                                                                 |
| 33 | Vacation Photos (P 0231)                                                                                                                                                                 | Plaintiff's Exhibit No. 34 (Doc. 381)                                                                                                                                                 |
| 33.1 | Vacation Photos (P 0232)                                                                                                                                                                | Plaintiff's Exhibit No. 34 (Doc. 381)                                                                                                                                                 |
| 33.2 | Vacation Photos (P 0233)                                                                                                                                                                | Plaintiff's Exhibit No. 34 (Doc. 381)                                                                                                                                                 |
| 35 | Climatological Data (DEF 002432, pages 2-3 are not Bates numbered.)                                                                                                                     | Defendant's Exhibit No. K (labeled as Climate Report DEF 002432)(Doc. 423)                                                                                                            |
| 38 | Phone Records for DOI (DEF 002411-002412)                                                                                                                                                | Defendant's Exhibit No. W2 (Doc. 423)                                                                                                                                                 |
| 39 | Onstar Records (DEF 002415, 002422-002425)                                                                                                                                               | Defendant's Exhibit No. X2 (Doc. 423)                                                                                                                                                 |
| 40 | Employment Records (SFPS 0001-0104)                                                                                                                                                      | Defendant's Exhibit No. Y2 (Doc. 423)                                                                                                                                                 |
| 41 | 2007 Form W-2 (P 0098)                                                                                                                                                                   | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.1 | 2008 Form W-2 (P 0109)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.2 | 2009 Form W-2 (P 0124)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.3 | 2010 Form W-2 (P 0141)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.4 | 2011 Form W-2 (P 0163)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.5 | 2012 Form W-2 (P 0191)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 41.6 | 2013 Form W-2 (P 0214)                                                                                                                                                                  | Defendant's Exhibit No. Q3 (Doc. 423)                                                                                                                                                 |
| 42 | Direct Deposit Receipts (D-SFPS 0090-0184)                                                                                                                                               | Defendant's Exhibit No. R3 (Doc. 423)                                                                                                                                                 |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE