IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHLEEN C. PEREA,

    Plaintiff,

vs.                                                  No. CIV-13-00697 KG/LAM

JANIE S. CONNER and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

## JUDGMENT

The Court held a jury trial in this matter from April 13, 2015, to April 21, 2015 on Plaintiff's claim of negligence.  James Wood and Thomas Wood represented Plaintiff at the trial, and John Stiff and Ann Keith represented Defendant Janie S. Conner.  On April 21, 2015, the jury rendered a verdict in favor of Defendant Janie S. Conner.

    IT IS, THEREFORE, ORDERED that

    1.  judgment is entered in favor of Defendant Janie S. Conner; and

    2.  this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE